# United States Bankruptcy Court

Eastern District of Pennsylvania

In re, Zamaris Gonzalez  
    Debtor(s)

Case No. 17-11165

Chapter 13

**Request for Notices Pursuant to Rule 2002(g)**

Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14ATT, by its undersigned attorneys, respectfully represents:

1. Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14ATT is a creditor in above-captioned case.

2. Pursuant to Fed R Bankr P 2002(g), Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14ATT hereby requests that all notices in this case be mailed to the following, regardless of whether the Court limits the mailing of notices:

Respectfully submitted,

**Marinosci & Baxter**  
Attorney for the Creditor  
Wellington Center  
14643 Dallas Parkway, Suite 750  
Dallas TX  75254  
Phone (972) 331-2300  
Fax (972) 331-5240

/s/ *Philip S. Traynor*  
**Philip S. Traynor**

17-05160-1

**United States Bankruptcy Court**

Eastern District of Pennsylvania

Debtor(s)  Zamaris Gonzalez                     Case No.   17-11165

                                           Chapter    13

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this Request for Notice was served on Debtor via deposit in the United States Mail at the address listed on PACER as of the date of this filing, and on Debtor's counsel and the Chapter 13 Trustee via electronic notice through CM-ECF.

*Debtor*                                         *Debtor's Counsel*

Zamaris Gonzalez                                 DAVID M. OFFEN
3531 Rhawn Street                                The Curtis Center
Philadelphia, PA 19136                           601 Walnut Street
                                                 Suite 160 West
                                                 Philadelphia, PA 19106

*and served via electronic case management to*:

*Trustee*

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

                              Respectfully submitted,

                              **Marinosci & Baxter**
                              Attorney for the Creditor
                              Wellington Center
                              14643 Dallas Parkway, Suite 750
                              Dallas TX  75254
                              Phone (972) 331-2300
                              Fax (972) 331-5240

                              /s/ *Philip S. Traynor*
                              **Philip S. Traynor**