### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Zamaris Gonzalez

    Debtor(s)                                         Chapter: 13

                                                  Bankruptcy No: 17−11165−mdc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this May 10, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                  Magdeline D. Coleman
                                  Judge ,
                                  United States Bankruptcy Court

                                                                    48
                                                              Form 155