United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11165-mdc
Zamaris Gonzalez                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Jun 11, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db             +Zamaris Gonzalez,   3531 Rhawn Street,   Philadelphia, PA 19136-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Zamaris  Gonzalez dmo160west@gmail.com,
           davidoffenecf@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB et. al.
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Zamaris Gonzalez          )   Chapter 13
                                   )
         Debtor                    )   17-11165-MDC
                                   )
                                   )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the
balance in the amount of $3,494.00 shall be paid by the Chapter
13 Trustee to the extent there are funds available and consistent
with the terms of the confirmed plan.

June 11, 2018
DATED:                              HONORABLE MAGDELINE D. COLEMAN
                                    UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire