# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11165-MDC

ZAMARIS GONZALEZ

3531 RHAWN STREET

PHILADELPHIA, PA 19136

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ZAMARIS GONZALEZ

3531 RHAWN STREET

PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 2/28/2022

/S/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee