United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-11165-mdc

Zamaris Gonzalez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jun 06, 2022     Form ID: 138OBJ     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zamaris Gonzalez, 3531 Rhawn Street, Philadelphia, PA 19136-2601 |
| 13869173 | + | Bree's Animal Hospital, 7436 Frankford Avenue, Philadelphia, PA 19136-3826 |
| 13916885 | + | First Bank of Delaware, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13869182 | | LDC Collections Systems, P.O. Box 56301, Philadelphia, PA 19130-6301 |
| 13869185 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13895810 | + | Phila. Municipal Court, Traffic Div., 800 Spring Garden St., Phila., PA 19123-2616 |
| 13869187 | | Philadelphia Traffic Court, 800 Spring Garden Street, PO Box 56301, Philadelphia, PA 19130-6301 |
| 13869190 | + | SB1 Federal Credit Union, 1500 Spring Garden St., Ste. 500, Philadelphia, PA 19130-4490 |
| 13869193 | + | Steven K Eisenberg, Esq., 1581 MAIN STREET, SUITE 200, THE SHOPS AT VALLEY SQUARE, Warrington, PA 18976-3403 |
| 14046927 | + | WSFS, c/o Marinosci & Baxter, Philip S. Traynor, Wellington Center, 14643 Dallas Pkwy., Ste. 750 Dallas, TX 75254-8884 |
| 14011921 | + | WSFS FSB, c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13940832 | + | Wilmington Savings Fund Society, FSB, doing busine, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13869169 | | Email/Text: membersolutions@ardentcu.org | Jun 07 2022 00:07:00 | Ardent Credit Union, 1500 Spring Garden St St, Philadelphia, PA 19130 |
| 13869171 | | Email/Text: membersolutions@ardentcu.org | Jun 07 2022 00:07:00 | Ardent Federal Credit, 1500 Spring Garden St St, Philadelphia, PA 19130 |
| 13869172 | ^ | MEBN | Jun 07 2022 00:02:40 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 13869167 | + | Email/Text: aargon@ebn.phinsolutions.com | Jun 07 2022 00:07:00 | Aargon Agency As Agent For, Ops 9G Bad Check Certegy, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 13869168 | + | Email/Text: bankruptcynotices@aarons.com | Jun 07 2022 00:07:00 | Aaron's, Inc., 8936 Frankford Avenue, Philadelphia, PA 19136-1314 |
| 14017307 | + | Email/Text: membersolutions@ardentcu.org | Jun 07 2022 00:07:00 | Ardent Federal Credit Union, 1500 Spring Garden St., Ste. 500, Philadelphia, PA 19130-4070 |
| 13869175 | ^ | MEBN | Jun 07 2022 00:02:43 | CERASTES, LLC, C O WEINSTEIN, PINSON, AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 13963663 | | Email/Text: megan.harper@phila.gov | | |

Case 17-11165-mdc Doc 66 Filed 06/08/22 Entered 06/09/22 00:31:09 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Delivery Method | Delivery Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 07 2022 00:07:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13869174 | + | Email/Text: bankruptcy@cavps.com | Jun 07 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 13869176 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2022 00:10:32 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 13869177 | | Email/Text: documentfiling@lciinc.com | Jun 07 2022 00:07:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 13869178 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 07 2022 00:07:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 13869179 | + | Email/Text: bknotice@ercbpo.com | Jun 07 2022 00:07:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13869180 | + | Email/Text: cnorton@hillcrestdavidson.com | Jun 07 2022 00:07:00 | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2879 |
| 13869181 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 07 2022 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-9617 |
| 13869183 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 07 2022 00:07:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 13869186 | | Email/Text: blegal@phfa.org | Jun 07 2022 00:07:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, Harrisburg, PA 17105 |
| 13869188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 00:10:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 13902762 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 07 2022 00:10:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13869184 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 07 2022 00:07:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13869192 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 07 2022 00:10:06 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park, KS 66207-0949 |
| 13869191 | + | Email/Text: bkteam@selenefinance.com | Jun 07 2022 00:07:00 | Selene Finance Llc, Po Box 422039, Houston, TX 77242-4239 |
| 13869194 | | Email/Text: bknotices@totalcardinc.com | Jun 07 2022 00:07:00 | Total Card, Inc., P.O. Box 89725, Sioux Falls, SD 57109-9725 |
| 13931028 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2022 00:10:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13869195 | | Email/Text: megan.harper@phila.gov | Jun 07 2022 00:07:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13869170 | *P++ | ARDENT CREDIT UNION, 1500 SPRING GARDEN STREET, STE 500, PHILADELPHIA PA 19130-4070, address filed with court:, Ardent Credit Union, 1500 Spring Garden St St, Philadelphia, PA 19130 |
| 13962241 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13869189 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Zamaris Gonzalez dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB et. al. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Zamaris Gonzalez
        Debtor(s)         Case No: 17−11165−mdc
                                              Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/6/22